**Erma EVANS, Appellant,**

**v.**

**STATE FARM FIRE & CASUALTY COMPANY, Appellee,**

**Bob Hamilton, Defendant.**

**No. 07–2629.**

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 3, 2008.

Filed: Dec. 22, 2008.

David A. Hodges, Sr., Little Rock, AR, for Appellant.

Staci Dumas Carson, James W. Tilley, Little Rock, AR, for Appellee.

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Erma Evans appeals the district court's [1] adverse grant of partial summary judgment in her diversity lawsuit seeking insurance benefits and punitive damages for, inter alia, bad faith and negligence. After viewing the record de novo, *see Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002), we conclude that summary judgment was proper. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.